MICHAEL GEHRET, ESQ.
Nevada Bar No. 9307
ARMSTRONG TEASDALE LLP
4643 S. Ulster Street, Suite 800
Denver, Colorado  80237
Telephone: 720.613.7087
Facsimile: 720.613.7087
mgehret@atllp.com

BRANDON P. JOHANSSON, ESQ.
Nevada Bar No. 12003
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone:  702.678.5070
Facsimile:  702.878.9995
bjohansson@atllp.com

*Attorneys for Claire Geiger Vail*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATHERINE KELLY, et al., | Case No.: 2:20-cv-1219-JAD-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND CERTAIN DEADLINES** |
| CLAIRE GREIGER VAIL, | **FIRST REQUEST** |
| Defendant. | |

Claire Geiger Vail ("Vail"), by and though her attorneys of record, the law firm of Armstrong Teasdale LLP, and Katherine Kelly, Brenda Ennis, and Deborah Ludwinski (collectively, the "Petitioners") by and through their attorneys of record, the law firm of Alling & Jillson, Ltd., hereby stipulate and agree, subject to this Court's approval, to extend the following deadlines: (1) deadline to file the statement regarding removal by 14 days to July 28, 2020; (2) deadline to file response to Petition by 14 days to July 28, 2020; (3) deadline to file motion to remand by 14 days to August 10, 2020; and (4) deadline to file joint status report by 14 days to August 12, 2020.  This is the first request to extend these particular deadlines.

Good cause exists to extend the deadlines outlined above by 14 days.  The parties have recently reached an agreement to settle the matter and are currently preparing the appropriate

1

settlement documents.  Once the settlement documents have been signed, the parties will dismiss this case.  Accordingly, the parties agree that a 14-day extension of the above deadlines is appropriate. This stipulation is entered into in good faith and is not filed for improper purposes.

Dated this 14th day of July, 2020.

ARMSTRONG TEASDALE LLP

By:  /s/ Michael A. Gehret
    MICHAEL GEHRET, ESQ.
    Nevada Bar No. 9307
    4643 S. Ulster Street, Suite 800
    Denver, Colorado  80237

    BRANDON P. JOHANSSON, ESQ.
    Nevada Bar No. 12003
    3770 Howard Hughes Parkway, Suite 200
    Las Vegas, Nevada 89169

 *Attorneys for Claire Geiger Vail*

Dated this 14th day of July, 2020.

ALLING & JILLSON, LTD.

By:  /s/ James Hales (signed with permission)
    JAMES R. HALES, ESQ.
    Nevada Bar No. 2716
    JAMIE L. WALKER, ESQ.
    Nevada Bar No. 13026
    276 Kingsbury Guide, Suite 2000
    PO Box 3390
    Lake Tahoe, Nevada  89449

    *Attorneys for Petitioners*

**ORDER**

**IT IS SO ORDERED.**

_____

UNITED STATES MAGISTRATE JUDGE
DATED:  7-16-2020

2